# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

2012 MAY -2 AM 9:58



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSE PANTALEON VELAZQUEZ LOPEZ ,

    Defendant.

CASE NO. 12-cr-01182-JLS

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

21:952 and 960 - Importation of Marijuana

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 5/1/12

William V. Gallo
U.S. Magistrate Judge